**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7492**

_____

MICHAEL SCOTT MCRAE,

 Petitioner - Appellant,

 versus

JAMES B. FRENCH,

 Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (CA-98-875-5-F-3)

_____

Submitted: February 28, 2001          Decided: March 19, 2001

_____

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael Scott McRae, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Scott McRae seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability, deny McRae's motion for further production of transcripts, and dismiss the appeal largely on the reasoning of the district court. McRae v. French, No. CA-98-875-5-F-3 (E.D.N.C. Oct. 3, 2000).

In an argument not addressed by the district court, McRae asserts that the trial court improperly instructed the jury on intent, effectively creating a mandatory presumption and relieving the State of its burden of proof. Review of the record reveals that this assertion is without merit. Accordingly, we deny a certificate of appealability and dismiss this claim as well. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2